**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-421 |
| | § | |
| REGINALD WILLIAMS M.D. | § | |

**O R D E R**

Counsel for the defendant filed a motion to withdraw as counsel and an unopposed motion for continuance, (Docket Entry No. 33). The court held a hearing on the motion on July 5, 2018. Counsel advised the court that he had been contacted by another attorney who will file a notice of substitution. The motion to withdraw is granted. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 15, 2018 |
| Responses are to be filed by: | October 29, 2018 |
| Pretrial conference is reset to**:** | **November 5, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 13, 2018 at 9:00 a.m.** |

SIGNED on July 11, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge